UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMPLAINT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff
Irving F. Rounds, Jr. PO Box 5241 Framingham, MA 01701-9988

v.

Defendants
United States Government Department of Justice
U.S. Attorney General William Barr
U.S. Deputy Attorney General Jeffery Rosen
U.S. Senator Lindsey Graham

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2019 JUN 24  AM 11: 50

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARTIES

1. Plaintiff: Irving F. Rounds, Jr. is an individual "Mailing addresses P.O. Box 5241 Framingham, MA 01701-9988."
2. The Defendants, Department of Justice, a Department of the government of the United States of America, and the named individuals are officials who maintain offices in Washington, D.C.

## JURISDICTION

3. Jurisdiction is claimed under 28 USC Chapter sec. 1343.
4. Plaintiff incorporates by reference all allegations below as pertaining to all named defendants.

## Count One-Coercion

5. The Defendants have committed many acts of coercion as outlined in the attachments and exhibits.

## Count Two- Collusion

6. The Defendants have committed many acts of collusion as outlined in the attachments and exhibits.

## Count Three- Harassment

7. For the last 21 years Defendants through the Department of Justice (DOJ) have worked in concert with different branches of the United States Government to harass the Plaintiff. The Plaintiff on May 29th 2019 sent an email (see exhibits) along with a copy of that email sent by USPS certified mail to U.S. Attorney General William Barr, Deputy Attorney General Jeffery Rosen and Senator Lindsey Graham.

8. The email to both U.S. A.G. Barr, Deputy U.S. A.G. Rosen and Senator Graham requested that Defendants through its different US Government agencies stop harassing the Plaintiff. This request has gone unanswered and has allowed and enabled the different US Government agencies to continue to harass the Plaintiff, in many forms as outlined in the exhibits.

9. The Plaintiff has received medical help for work related and stress induced by the Defendants brought on by the relentless harassment (see exhibits 295-296): "The Plaintiff has been treated (and consulted with) . . . Doctor Jerry Blaine, MD, Social Worker Michael E. Foran, LICSW and Doctor John L. Przybylski, MD. They all feel that with the harassment levied by the Defendants, it has taken an adverse effect and toll on the Plaintiff's health."

### Count Four- Fraud

10. The Defendants have committed many acts of fraud as outlined in the attachments and exhibits.

### Count Five-Obstruction of Justice

11. The Defendants have obstructed justice as outlined in the attachments and exhibits.

### Count Six-Conspiracy

12. The Defendants have committed many acts of conspiracy towards the Plaintiff in different forms as outlined in the attachments and exhibits.

### Count Seven-Mail Fraud

13. The Defendants have committed Mail Fraud against the Plaintiff in the form of blocking and or editing all the plaintiffs regular, FedEx and electronic mail to the present date, as outlined in the attachments and exhibits.

### Count Eight-Invasion of Privacy

14. The Defendants have violated the Plaintiff's privacy in many instances in the past to the present date as outlined in the attachments and exhibits against the Plaintiff who has pursued and taken legitimate, Legal action against David and Charles Koch (AKA the Koch brothers) as well as parties involved in this matter.

### Count Nine Abuse of Process

15. The Defendants have abused legal process in many instances to the present date as outlined in the attachments and exhibits against the Plaintiff in the process of pursuing and taking Legal action against the Koch brothers and all the different parties involved in this Legal matter.

Wherefore the plaintiff demands judgment from the Defendants in the amount of $50,000,000,000.00 fifty billion dollars in compensatory damages. The compensatory damages are based on the fact that had the Plaintiff never got involved in reporting (blowing the whistle) on Airtron January 7th 1998 to the Defendant DOJ, the Plaintiff might have received some private financing to roll out his invention. The Plaintiff is requesting compensation for one year's loss of monies by not being able to roll his invention from the Defendants in the amount of $50,000,000,000.00 (fifty billion dollars).

The Plaintiff originally got the idea to blow the whistle on Airtron and the other H.V.A.C. companies from whistle blower Doctor Jeffery Wigand, who blew the whistle on the tobacco industry and another whistle blower who blew the whistle on an automotive shop in Kansas City for venting refrigerant 12. The Plaintiff was going to use the reward money and notoriety from blowing the whistle on the HVAC industry for venting refrigerants, exploiting the elderly and creating severe mold problems in some of the HVAC systems to launch his invention. The Plaintiff has an invention that is a perpetual motion generator, which takes no energy to create energy. The Plaintiffs invention uses perpetual motion technology.

The Plaintiff assumes that with the proper financing in place, it would not have taken more than 2 years to roll out his invention. The Plaintiff is going to patent his invention and sell the technology worldwide to the different industries, such as power generating companies, the automotive industry, the maritime industry, the airline industry and many other industries.

The business plan will be to patent the invention, sell the technology and get the royalty rights from the different companies and entities who buy the invention technology. On the very conservative side, the Plaintiff calculates a loss of approximately fifty billion dollars a year over the last 19 years, which doesn't include compounded interest.

Wherefore the plaintiff demands judgment from the Defendants in the amount of $5,000,000,000.00 five billion dollars each in punitive damages from each of the Defendants for malicious and willfull misconduct.

Wherefore the Plaintiff demands Consequential (special) damages against the Defendants in the form of the following items:

1) The Plaintiff shall receive in writing signed by both the President of the United States of America and the United States of America Attorney General and Deputy Attorney Generals a directive that the Plaintiff will be notified immediately of any future investigations conducted by the U.S. Government Department of Justice involving the Plaintiff, the Plaintiff's family, friends or any of the Plaintiff's businesses. Should there be a violation of this agreement; the Plaintiff reserves the right to sue the Defendants and the U.S. Government at any time. With any breach of this agreement, any future investigations will be considered null and void. Any breach of this agreement shall result in the settlement amount being subject to an increase in the amount adjusted for inflation and an 18% annual interest rate. With any such breach of this agreement by the Defendants and the U.S. Government the

Plaintiff reserves the right to sue the Defendants and the U.S. Government at any time with no statute of limitations on this settlement agreement and on any part of it.

2) A special fire arms permit will be issued to the Plaintiff to carry a concealed firearm anywhere and one for the Plaintiff's body guards, if the Plaintiff ever hires any, for the Plaintiff's defense.

3) Plaintiff is to be granted access to all the video and audio surveillance while living at 499 Boston Post Road Billerica MA (Specifically, when his ex-wife illegally broke into his former apartment).

4) All documentation as it relates to the Plaintiff's case shall be turned over to the Plaintiff as it relates to this Legal matter including but not limited to any other investigations indirectly swept up by it, such as the 2016 Russian election meddling. The Defendants shall have 274 days to furnish any such documentation which is to be delivered to the Plaintiff digitally on a server and hard paper copies. The start date will be upon the Plaintiff's request. Any such documentation that is said to be sensitive and or not applicable may be redacted on any such specific document. If all the information has not been turned over to the Plaintiff, then the agreement would also be considered null and void.

5) The Plaintiff is to be issued a Pipe Fitters License issued to the Plaintiff. The Plaintiff was told that the FBI had the Mass DPS not issue it to the Plaintiff, even though Plaintiff passed the exam on April 1st, 2011.

Wherefore the Plaintiff demands a trial by Jury.

Date 6/24/19

Irving F. Rounds Jr.

Initials